No. 93–9122. RODENBAUGH v. OTT (two cases). C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 805] denied.

No. 94–5291. BAASCH v. REYER ET AL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 805] denied.

No. 94–5860. GAYDOS v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. (two cases). C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 945] denied.

No. 94–203. MORSE ET AL. v. REPUBLICAN PARTY OF VIRGINIA ET AL. Appeal from D. C. W. D. Va. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 94–5198. IN RE DANCY;

No. 94–6103. IN RE DIGIANNI; and

No. 94–6228. IN RE MOOREHEAD. Petitions for writs of mandamus denied.

No. 94–5865. IN RE COLLIER;

No. 94–5867. IN RE MAGEE; and

No. 94–5894. IN RE HIGGINS. Petitions for writs of mandamus and/or prohibition denied.

No. 94–167. GUTIERREZ DE MARTINEZ ET AL. v. LAMAGNO ET AL. C. A. 4th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 94–500. COMMISSIONER OF INTERNAL REVENUE v. SCHLEIER ET AL. C. A. 5th Cir. Certiorari granted.